# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD VICKTOR LARSEN, | ) | NO. CV 09-5186 GHK (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| MICHAEL MARTEL, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:    12/17    , 2010.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE